O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, A CALIFORNIA NON-PROFIT CORPORATION; AND BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>    Plaintiffs,<br><br>  v.<br><br>PREMIER WALL CONSTRUCTORS, INC., A CALIFORNIA CORPORATION, GARY WILLIAM PAOLI, AN INDIVIDUAL; AMERICAN CONTRACTORS INDEMNITY COMPANY, A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 11-00926 VAP (DTBx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>**[Motion filed on September 8, 2011]** |

On June 10, 2011, Plaintiffs Carpenters Southwest Administrative Corp. and Board of Trustees for the Carpenters Southwest Trusts filed a Complaint alleging Defendant Premier Wall Constructors, Inc. ("Premier")

failed to make timely fringe benefit contributions into multiemployer benefit plans (see 29 U.S.C. § 1002(37)) that Plaintiffs administer. (See Compl. (Doc. No. 1) ¶¶ 21-24.) Plaintiffs allege further that Defendant Gary William Paoli, Premier's president, deducted money from employees' paychecks to contribute to a vacation plan, which Plaintiffs also administer, but Paoli failed to forward those contributions to the vacation plan for several months in 2010 and 2011. (See id. ¶¶ 31-34.)[1]

Defendants Premier and Paoli did not answer or otherwise respond to Plaintiffs' Complaint, and the Clerk of Court entered a default as to each on July 27. On September 8, Plaintiffs filed the instant Motion for a Default Judgment (Doc. No. 13), along with supporting documents (Doc. Nos. 14-27). Pursuant to 29 U.S.C. § 1132(g), Plaintiffs are entitled to unpaid plan contributions, interest on those contributions, and liquidated damages (per the plans' agreements), in the amounts set forth in the declaration and exhibits supporting Plaintiffs' Motion. Plaintiffs are also entitled to attorney's fees (calculated per Local Rule 55-3), and costs. The Court GRANTS Plaintiffs' Motion.

---

[1] Plaintiffs' other claims are not relevant to the present Motion.

From Defendant Premier, Plaintiffs are awarded:

- $1,566,217.46 in unpaid contributions;
- $71,006.90 in statutory interest, at 7% per annum, accruing from the due date through, and including, November 18, 2011;
- $368,475.82 in liquidated damages;
- $42,293.87 in attorney's fees;
- Costs to be determined after entry of judgment; and
- Interest on the judgment at the rate of 0.10%.

Of which Defendant Paoli is jointly and severally liable for:

- $248,686.67 in unpaid contributions;
- $4,943.80 in statutory interest at 7% per annum, accruing from the due date through, and including, November 18, 2011;
- $8,573.73 in attorney's fees; and
- Costs to be determined after entry of judgment; and
- Interest on the judgment at the rate of 0.10%.

So ordered.

Dated: November 21, 2011

VIRGINIA A. PHILLIPS
United States District Judge

3