UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, A CALIFORNIA NON-PROFIT CORPORATION; AND BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>        Plaintiffs,<br><br>  v.<br><br>PREMIER WALL CONSTRUCTORS, INC., A CALIFORNIA CORPORATION, GARY WILLIAM PAOLI, AN INDIVIDUAL; AMERICAN CONTRACTORS INDEMNITY COMPANY, A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 11-00926 VAP (DTBx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    It appearing that Defendants, Premier Wall Constructors, Inc., and Gary William Paoli, having been served with process, having failed to plead or otherwise defend this action, and their default having been

entered; on application of Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts, after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs shall have judgment as follows.

As to Plaintiffs' First Claim for Relief against Defendant Premier Wall Constructors, Inc.:

1. $1,566,217.46 in unpaid contributions;
2. $71,006.90 in statutory interest, at 7% per annum, accruing from the due date through, and including, November 18, 2011;
3. $368,475.82 in liquidated damages;
4. $42,293.87 in attorney's fees;
5. Costs to be determined after entry of judgment; and
6. Interest on the judgment at the rate of 0.10%.

Of which, as to Plaintiffs' Second Claim for Relief, Defendant Gary William Paoli is jointly and severally liable for:

1. $248,686.67 in unpaid contributions;
2. $4,943.80 in statutory interest at 7% per annum, accruing from the due date through, and including, November 18, 2011;
3. $8,573.73 in attorney's fees; and
4. Costs to be determined after entry of judgment; and
5. Interest on the judgment at the rate of 0.10%.

The Court orders that such judgment be entered.

Dated: November 23, 2011

VIRGINIA A. PHILLIPS
United States District Judge

3